# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

LOCAL 513, INTERNATIONAL UNION OF )
OPERATING ENGINEERS, AFL-CIO, )
RICHARD D. DICKENS, LOCAL UNION 513 )
PENSION FUND, LOCAL UNION 513 HEALTH )
AND WELFARE FUND, LOCAL UNION 531 )
SUPPLEMENTAL VACATION FUND, LOCAL )
UNION 513 ANNUITY FUND, LOCAL UNION )
412 JOINT APPRENTICESHIP TRAINING )
FUND, and RICHARD D. DICKENS, in his )
Capacity as Chairman of the Board of Trustees )
of Said Funds, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　) No. 4:09-CV-677 CAS
　　v. )
　　　　　　　　　　　　　　　　　　　　)
CENTRAL CONCRETE PAVING, INC., )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant. )

## DEFAULT JUDGMENT

**IT IS HEREBY ORDERED** that plaintiffs' Motion For Default Judgment is **GRANTED**. [Doc. 6]

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiffs shall recover against defendant Central Concrete Paving, Inc. as follows: Eight Thousand One Hundred Twenty-Two Dollars and Sixty-Four Cents ($8,122.64), representing delinquent contributions; Eight Hundred Twelve Dollars and Twenty-Six Cents ($812.26), representing liquidated damages; Three Hundred Ninety-Nine Dollars and Thirty-Seven Cents ($399.37), representing interest; and Two Thousand Nine Hundred Ninety-Two Dollars ($2,992.00) representing attorneys' fees and costs, for a total

judgment of Twelve Thousand Three Hundred Twenty-Six Dollars and Twenty-Seven Cents ($12,326.27).

**IT IS SO ORDERED**.

                                          **CHARLES A. SHAW**
                                          **UNITED STATES DISTRICT JUDGE**

Dated this  8th  day of July, 2009.